**No. 59898.**—Photo-It Company *v.* United States, protest 266339–K (New York).

Opinion by LAWRENCE, J. When this case was called for hearing, Government counsel conceded that the developing machine for photostat papers should have been classified and assessed, as claimed in the protest. On the record presented, the claim of the plaintiff was sustained.